**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MADRID, GAIL<br><br>              Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-42928 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.     DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/03/05. The Trustee was appointed on 10/03/05. An order for relief under Chapter 7 was entered on 10/03/05.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of 8/24/07 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 11,048.34 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 9.60 |
| c. NET CASH available for distribution | $ | 11,038.74 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 1,854.83 |
|    2. Trustee Expenses (See Exhibit E) | $ | 189.00 |
|    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 6,873.16 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on 03/07/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 8,916.99 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 30,323.15 |

7. Trustee proposes that unsecured creditors receive a distribution of 7.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $6,873.16. The total of Chapter 7 professional fees and expenses requested for final allowance is $8,916.99. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,300.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  8/24/07                                  RESPECTFULLY SUBMITTED,


                                            By:/s/David E. Grochocinski
                                               DAVID GROCHOCINSKI, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Madrid, Gail



August 24, 2007




Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/7/2005 | DEG | Review schedules and petition in advance of 341 meeting | 0.30<br>350.00/hr | 105.00 |
| 11/9/2005 | DEG | Conduct initial 341 meeting; discussion of probate interest; continue for further information | 0.30<br>350.00/hr | 105.00 |
| 11/29/2005 | DEG | Receipt of some documents at continued 341 meeting; continue to 12/27 for further docuemtns | 0.40<br>350.00/hr | 140.00 |
| 12/27/2005 | DEG | Receipt of last documents available and conduct 341 | 0.30<br>350.00/hr | 105.00 |
| 1/11/2006 | DEG | Review documents and information to date; brief examination of FL probate account and determine interest of debtor is property of estate | 1.20<br>350.00/hr | 420.00 |
|  | DEG | Discuss with AWR regarding issues and explanation of needed information and liquidation of assets | 0.50<br>350.00/hr | 175.00 |
| 2/28/2006 | DEG | Discussion with AWR regarding need to conduct 2004 exam of debtor's parents and debtor regarding balance of documents | 0.40<br>350.00/hr | 140.00 |
| 5/10/2006 | DEG | Telephone conference with Steve Wolfe regarding removal of petition on Soto | 0.30<br>350.00/hr | 105.00 |
| 5/22/2006 | DEG | Check and documents to McHenry County Clerk for death certificate | 0.30<br>350.00/hr | 105.00 |
| 10/3/2006 | DEG | Review of file and documents; discussion with AWR; ok to sell at $11,000 pending court order | 0.80<br>350.00/hr | 280.00 |
| 12/5/2006 | DEG | Notice clerk of assets and to set bar date | 0.20<br>350.00/hr | 70.00 |
|  | DEG | Telephone conference with accountant regarding issues in case and need to employ | 0.30<br>350.00/hr | 105.00 |
| 3/29/2007 | DEG | Review final claims | 1.10<br>350.00/hr | 385.00 |
| 8/24/2007 | DEG | Prepared final report | 2.30<br>350.00/hr | 805.00 |



EXHIBIT A

| Madrid, Gail | | | Page | 2 |
|---|---|---|---|---|

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2007 | DEG | Review tax returns, prepare letters for prompt deterination to IRS & IDR | 1.00<br>350.00/hr | 350.00 |
| | | SUBTOTAL: | [ 9.70 | 3,395.00] |
| | | General Administration | | |
| 5/10/2006 | DEG | Discussion with AWR regarding Madrid and property in Florida, okay to hire special counsel and advance costs<br>General Administration | 0.40<br>350.00/hr | 140.00 |
| | | SUBTOTAL: | [ 0.40 | 140.00] |
| | | For professional services rendered | 10.10 | $3,535.00 |

## TRUSTEE COSTS

1) **South Ridge Abstract & Title Co. – Tract Search**        $175.00

2) **McHenry County Clerk**                                     <u>14.00</u>

**TOTAL COSTS**                                                 <u>$189.00</u>

## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 11,048.34 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 1,900.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05B-42928 JS  
**Case Name:** MADRID, GAIL  
**Period Ending:** 08/24/07  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 10/03/05 (f)  
**§341(a) Meeting Date:** 12/27/05  
**Claims Bar Date:** 03/07/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOT IN FLORIDA | 15,000.00 | 15,000.00 | | 11,000.00 | FA |
| 2 | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 1987 VOLVO | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 1987 VOLVO | 300.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 48.34 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$16,900.00** | **$15,000.00** | | **$11,048.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

FL REAL ESTATE TO BE SOLD; INVESTIGATING VALUE  
SENT ASSET NOTICE WITH DELAY REQUESTED 1/20/06  
SALE OF INTEREST IN FL PROPERTY COMPLETED  
TAX RETURNS PENDING WITH ACCOUNTANT

Printed: 08/24/2007 10:09 AM    V.9.55

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05B-42928 JS
**Case Name:** MADRID, GAIL

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 10/03/05 (f)
**§341(a) Meeting Date:** 12/27/05

**Period Ending:** 08/24/07
**Claims Bar Date:** 03/07/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 30, 2007     **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05B-42928 JS  
**Case Name:** MADRID, GAIL  

**Taxpayer ID #:** 13-7549082  
**Period Ending:** 08/24/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/06 | {1} | GAIL MADRID | SETTLEMENT PER ORDER OF 12/22/06 | 1149-000 | 11,000.00 | | 11,000.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.54 | | 11,005.54 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.33 | | 11,012.87 |
| 02/12/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-42928, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 9.60 | 11,003.27 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.48 | | 11,008.75 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.87 | | 11,014.62 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.07 | | 11,020.69 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.08 | | 11,026.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.69 | | 11,032.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.28 | | 11,038.74 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,048.34 | 9.60 | $11,038.74 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,048.34 | 9.60 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,048.34** | **$9.60** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-42928 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MADRID, GAIL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 13-7549082 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/24/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

|  | |
|---|---|
| Net Receipts : | 11,048.34 |
| Net Estate : | $11,048.34 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****72-65** | 11,048.34 | 9.60 | 11,038.74 |
| **Checking # ***-*****72-66** | 0.00 | 0.00 | 0.00 |
| | $11,048.34 | $9.60 | $11,038.74 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MADRID, GAIL<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-42928 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,916.99 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,121.75 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 11,038.74 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                              **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 8,916.99 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 1,854.83 | 1,854.83 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 189.00 | 189.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 5,577.50 | 5,577.50 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 110.66 | 110.66 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,185.00 | 1,185.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ | 30,323.15 | 7.00% |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | ARROW FINANCIAL SERVICES LLC | | 946.49 | 66.23 |
| 002 | NORDSTROM FSB | | 1,570.87 | 109.92 |
| 003 | WORLD FINANICAL NETWORK NATIONAL BANK/THE AVENUE | | 737.40 | 51.60 |
| 004 | WORLD FINANCIAL NETWORK NATIONAL BANK/LANE BRYANT | | 199.99 | 13.99 |
| 005 | DISCOVER BANK/DISCOVER FINANCIAL SVC | | 8,285.66 | 579.76 |
| 006 | RECOVERY MANAGEMENT SYSTEMS CORP | | 411.73 | 28.81 |
| 007 | MARATHON PETROLEUM CO LLC | | 888.53 | 62.17 |
| 008 | ALEXIAN BROTHERS MEDICAL CENTER | | 912.00 | 63.81 |
| 009 | CITIBANK SD NA | | 1,118.09 | 78.23 |
| 010 | BLOOMINGDALE PAVILLION | | 15,252.39 | 1,067.23 |
| | | TOTAL | $ | 2,121.75 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|

| §726(a)(4) - Fines/penalties | | $ | 0.00 | 0.00% |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(5) - Interest | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

DAVID GROCHOCINSKI, TRUSTEE
**PROFESSIONAL FEES AND EXPENSES**

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 5,577.50 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 110.66 | |
| | | | 5,688.16 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,185.00 | |
| | | | 1,185.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 6,873.16 | $ 6,873.16 |

1