**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MADRID, GAIL<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05 - 42928 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DUPAGE COUNTY COURTHOUSE
          505 N. COUNTY FARM RD, ROOM 2000
          WHEATON, ILLINOIS 60187

    On:   **October 19, 2007**
    At:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           11,048.34

    b. Disbursements                         $                9.60

    c. Net Cash Available for Distribution   $           11,038.74

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $1,854.83 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $189.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $5,577.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $110.66 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,185.00 |

5.     Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.     Claims of general unsecured creditors totaling $30,323.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ARROW FINANCIAL SERVICES LLC | $ 946.49 | $ 66.23 |
| 002 | NORDSTROM FSB | $ 1,570.87 | $ 109.92 |
| 003 | WORLD FINANICAL NETWORK NATIONAL BANK/THE AVENUE | $ 737.40 | $ 51.60 |

| | | | |
|---|---|---|---|
| 004 | WORLD FINANCIAL NETWORK NATIONAL BANK/LANE BRYANT | $ 199.99 | $ 13.99 |
| 005 | DISCOVER BANK/DISCOVER FINANCIAL SVC | $ 8,285.66 | $ 579.76 |
| 006 | RECOVERY MANAGEMENT SYSTEMS CORP | $ 411.73 | $ 28.81 |
| 007 | MARATHON PETROLEUM CO LLC | $ 888.53 | $ 62.17 |
| 008 | ALEXIAN BROTHERS MEDICAL CENTER | $ 912.00 | $ 63.81 |
| 009 | CITIBANK SD NA | $ 1,118.09 | $ 78.23 |
| 010 | BLOOMINGDALE PAVILLION | $ 15,252.39 | $ 1,067.23 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of debtor.

Dated: **September 14, 2007**   For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462, Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                              CHAPTER 7 CASE
MADRID, GAIL

                                                 CASE NO. 05B-42928 JS

                                                 JUDGE JOHN SQUIRES
            Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,854.83 |
| 2. | Trustee's expenses | $ | 189.00 |
| | TOTAL | $ | 2,043.83 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 5,577.50 |
| | b. Expenses | $ | 110.66 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,185.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

  d. Chapter 11 Expenses             $_____0.00

3. Other Professionals

             TOTAL     $_____6,873.16

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

       ENTERED  _____
            JOHN SQUIRES
            UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2             Date Rcvd: Sep 14, 2007
Case: 05-42928                Form ID: pdf002             Total Served: 50

The following entities were served by first class mail on Sep 16, 2007.
db           +Gail Madrid,   376 North Elmwood,   Wood Dale, IL 60191-1552
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski, Grochccinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +James M Kelly,   Law Offices of James Kelly,   119 North Northwest Highway,
               Palatine, IL 60067-5324
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10116815     +Alexian Brothers Medical Center,   800 Biesterfield,   Elk Grove Village, IL 60007-3396
10586285      Arrow Financial Services LLC,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
10116816     +Associated Recovery Systems,   8665 Baypine Road #200,   Jacksonville, FL 32256-7559
11206914     +Bloomingdale Pavilion,   c/o Walinksi & Trunkett, P.C.,   25 East Washington St. , #1221,
               Chicago, IL 60602-1875
10116817     +Bonaventure Medical Foundation,   POB 843147,   Boston, MA 02284-3147
10116818     +Catherine's,   POB 9025,   Des Moines, IA 50368-9025
10116819     +Chase,   POB 52195,   Phoenix, AZ 85072-2195
10116820     +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
10116821     +Chicago Tribune,   POB 6490,   Chicago, IL 60680-6490
10116822      Citgo,   Processing Center,   Des Moines, IA 5362
11137423     +Citibank (South Dakota)NA,   DBA: Citgo,   4740 121st St,   Urbandale, IA 50323-2402
10116823     +Client Services,   3451 Harry S Truman Blvd,   St Charles, IL 63301-9816
10116825     +Echelon Recovery,   POB 1880,   Voorhees, NJ 08043-7880
10116827     +JC Christensen,   POB 519,   Sauk Rapids, MN 56379-0519
10116828     +JC Penney,   POB 960001,   Orlando, FL 32896-0001
10116829      JC Penney,   POB 533,   Dallas, TX 75521
10116830     +Kupisch & Carbon,   201 N Church Road,   Bensenville, IL 60106-4310
10116812     +Linebarger Goggan Blair & Sampson,   POB 06140,   Chicago, IL 60606-0140
10116833     +MRS Associates,   3 Executive Campus Suite 400,   Cherrly Hill, NJ 08002-4114
10116826     +MSN,   POB 105980 Dept 2,   Atlanta, GA 30353-5980
10116831     +Marathon Ashland,   POB 740109,   Cincinnati, OH 45274-0109
11070095     +Marathon Petroleum Company LLC,   P O Box 81,   Findlay, OH 45839-0081
10116813     +Marshall Fields (Retailers Bank),   POB 59231,   Minneapolis, MN 55459-0231
10116814      Marshall Fields Credit/741,   c/o Dayton Hudson Crop,   Guest Credit,
               Mail Stop #3C-K 3701Wayzata Blvd,   Minneapolis, MN 55416
10116832     +McCormick Law Group,   217 N Jefferson Street #500,   Chicago, IL 60661-1143
10116834     +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
10116835     +NES,   29125 Solon Road,   Solon, OH 44139-3442
10116837     +North Shore Agency,   POB 8901,   Westbury, NY 11590-8901
11265963     +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11063546     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10116839     +Risk Management Alternative,   POB 105195,   Atlanta, GA 30348-5195
10116840     +Sears,   POB 182149,   Columbus, OH 43218-2149
10116841     +TRS Recovery,   5251 Westheimer,   Houston, TX 77056-5412
10116842     +Walinski & Trunkett,   25 E Washington Street #1221,   Chicago, IL 60602-1758
10116843     +Wolpoff & Abramson,   702 King Farm Blvd,   Rockville, MD 20850-5775
10116844     +World Financial Network,   POB 182125,   Columbus, OH 43218-2125
11058517     +World Financial Network National Bank,   Lane Bryant Mail Order,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
11058515     +World Financial Network National Bank,   The Avenue,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339

The following entities were served by electronic transmission on Sep 15, 2007.
10116824      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2007 02:46:10     Discover Card,   POB 30395,
               Salt Lake City, UT 84130
11058754      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2007 02:46:10
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany, OH 43054-3025
10116836     +E-mail/PDF: bnc@nordstrom.com Sep 15 2007 02:27:52     Nordstrom,   POB 6566,
               Englewood, Co 80155-6566
11048718     +E-mail/PDF: bnc@nordstrom.com Sep 15 2007 02:27:52     Nordstrom FSB,   PO Box 6566,
               Englewood, CO 80155-6566
10116838     +E-mail/PDF: ebn@phinsolutions.com Sep 15 2007 02:27:19     Plaza Associates,   POB 18008,
               Harppaugh, NY 11788-8808
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 14, 2007
Case: 05-42928                Form ID: pdf002          Total Served: 50

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2007**            **Signature:**    _Joseph Speetjens_